# United States Court of Appeals
### For the Eighth Circuit

_____

No. 11-3520

_____

Lori Irish

*Petitioner - Appellant*

v.

N. C. English, Warden

*Respondent - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: September 14, 2012
Filed: September 25, 2012
[Unpublished]

_____

Before BYE, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Lori Irish appeals the district court's[1] denial of her 28 U.S.C. § 2241 petition, in which she challenged the Bureau of Prisons' denial of her request for a 12-month placement in a Residential Reentry Center (RRC). The appeal is moot, however, because Irish was transferred to an RRC during the pendency of this appeal, and thus the court can no longer grant her the relief she requested. See Calderon v. Moore, 518 U.S. 149, 150 (1996) (per curiam) (when event occurs during pendency of appeal that renders it impossible for court to grant effective relief, court should dismiss appeal as moot). Accordingly, this appeal is dismissed.

————————————————————

[1]The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Jeffrey J. Keyes, United States Magistrate Judge for the District of Minnesota.